## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DANIEL CAPLE
Reg. #27810-009                                                                                              **PLAINTIFF**

V.                                      NO. 4:21-cv-00688-KGB-ERE

BUREAU OF PRISONS                                                                                   **DEFENDANT**

### RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. Caple's claims has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Daniel Caple, a federal inmate, filed this civil rights lawsuit *pro se*. *Doc. 1*. Mr. Caple neither paid the statutory filing fee nor filed a complete *in forma pauperis* (IFP) application. Mr. Caple has now moved to voluntarily dismiss the

claims raised in this lawsuit. *Doc. 16*. For good cause, the motion should be GRANTED.

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Caple's motion to voluntarily dismiss this lawsuit *(Doc. 16)* be GRANTED, and Mr. Caple's claims be DISMISSED, without prejudice;

2. The Clerk be instructed to close this case.

DATED this 8th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE