IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL CAPLE**                                                            **PLAINTIFF**
**Reg #27810-009**

v.                               **Case No. 4:21-cv-00688-KGB**

**BUREAU OF PRISONS**                                            **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 17). Judge Ervin recommends granting plaintiff Daniel Caple's request for voluntary dismissal (Dkt. Nos. 16; 17). After careful consideration, the Court concludes that the findings in the Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 17). Mr. Caple's complaint is dismissed without prejudice (Dkt. Nos. 1; 16).

It is so ordered this 24th day of June, 2022.

                                                      _____
                                                      Kristine G. Baker
                                                      United States District Judge