# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DANIEL CAPLE**                                                                                  **PLAINTIFF**
**Reg #27810-009**

v.                                          **Case No. 4:21-cv-00688-KGB**

**BUREAU OF PRISONS**                                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered ordered and adjudged that plaintiff Daniel Caple's complaint is dismissed without prejudice (Dkt. No. 1). The Court denies the requested relief.

It is so ordered this 24th day of June, 2022.

_____
Kristine G. Baker
United States District Judge